## FOURTH DEPARTMENT, OCTOBER, 1923.

W. H. DILL Co., INC., Respondent, v. THE NEW·YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

LUELLA G. TUELL, as Administratrix, etc., of. WILLIAM M. TUELL, Deceased, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. All concur, except Crouch, J., who dissents and votes for reversal.

EARL REED, Respondent, v. SENECA COUNTY PRODUCTS CREAMERY Co., INC., Appellant.— Judgment and order affirmed, with costs. All concur.

TONY HANNA, Appellant, v. JOHN PETERS, Respondent.— Judgment and order affirmed, with costs. All concur.

ROSE F. ASH, as Administratrix, etc., of GEORGE H. ASH, Deceased, Respondent, v. EAST AURORA ELECTRIC LIGHT COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

FRANK PACKMAN, Respondent, v. FRANK E. HORNING, Appellant.— Judgment and order affirmed, with costs. All concur; Sears, J., not sitting.

In the Matter of the Charges Preferred against Police Officer GRACE S. WARREN, Appellant, of Misconduct in Office. CLARENCE STETSON, Commissioner of Public Safety, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

ALBERT J. WEISENBERG, an Infant, by ALBERT L. WEISENBERG, His Guardian ad Litem; Respondent, v. JOHN HEIL, Appellant.— Judgment and order affirmed, with costs. All concur.

ALBERT L. WEISENBERG, Respondent, v. JOHN HEIL, Appellant.— Judgment and order affirmed, with costs. All concur.

WILLIAM LISKIEWICZ, Appellant, v. JOSEPH KELLER, Respondent.— Judgment and order affirmed, with costs. All concur.

LOUISE HOPE CROSTON, as Administratrix, etc., and Others, Appellants, v. JAMES M. HART and Others, Respondents.— Motion to dismiss appeal granted as against the respondents Louis C. Rowe and Emma C. Rowe.

In the Matter of the Application of FRANK P. WOLFE, as One of the Executors, etc., of FRANK D. BARNEY, Deceased, for a Construction of the Will of URSULA TURNER, Deceased.— Order of reversal entered June 29, 1923, amended so as to provide that costs shall be payable out of the estate. [See 206 App. Div. 294.]

MARGARET MAHL, as Administratrix, etc., Respondent, v. GENERAL ELECTRIC COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.·

HENRY C. FISHER, Respondent, v. WILLIAM P. FLANIGAN, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Application for the Commitment of DELEVAN BROWN and Others, Alleged Mental Defectives.— Motion to compel filing of papers on appeal denied, and appeal dismissed, on the ground that no appeal lies from the decision of the Children's Court in this matter, but that the remedy is under the provisions of the Mental Deficiency Law.*

* See § 34.—[REP.